IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **3:17-cr-134-FDW-DSC-11** |
| | ) | |
| VS. | ) | ORDER OF DISMISSAL OF COUNTS |
| | ) | FIFTY-THREE AND FIFTY-FOUR AS TO |
| (11) SHAKIRA MONIQUE CAMPBELL | ) | DEFENDANT (11) SHAKIRA MONIQUE |
| | ) | CAMPBELL |
| | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss Counts Fifty-Three and Fifty-Four as to Defendant (11) Shakira Monique Campbell.

Upon review of the Government's motion, and for cause shown,

IT IS, THEREFORE, ORDERED that the Government's Motion to Dismiss Counts Fifty-Three and Fifty-Four As To Defendant (11) Shakira Monique Campbell is GRANTED, and that Counts Fifty-Three and Fifty-Four of the Bill of Indictment are hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to certify copies of this Order to counsel for the Government, and the U.S. Probation Office.

IT IS SO ORDERED.

HONORABLE FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA