IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:17 CR 134 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **(11) SHAKIRA MONIQUE CAMPBELL** | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges as to Defendant Shakira Monique Campbell only in the Bill of Indictment (Doc. 3) and the Superseding Bill of Indictment (Doc. 1241) in the above-captioned case without prejudice.

It is hereby ordered that the motion be GRANTED and the charges as to Defendant Shakira Monique Campbell in the above-captioned Bill of Indictment (Doc. 3) and the Superseding Bill of Indictment (Doc. 1241) be dismissed without prejudice.

SO ORDERED this 7th day of May 2018.

HONORABLE FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE